# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

129161

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANTHONY LEWIS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129161
COA: 260732
Wayne CC: 04-009600-01

On order of the Court, the application for leave to appeal the June 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration of defendant's Standard 4 brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

t1208